UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONCIE MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM RANDLE, et al., | ) | No.  17 C 1851 |
| | ) | |
| Defendants. | ) | Judge |
| | ) | |
| WILLIAM RANDLE et al., | ) | Formerly Case No. 2015 L 1168, Circuit |
| | ) | Court of 18th Judicial Circuit, DuPage |
| Third Party Plaintiffs, | ) | County, Illinois |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

## **NOTICE OF REMOVAL OF A CIVIL ACTION**

To:  Clerk Chris Kachiroubas
     Circuit Court of DuPage County,
     505 North County Farm Road
     P.O. Box 707
     Wheaton, Illinois 60187

Law Office of Nancy Hirsch
111 West Washington Street, Suite 1500
Chicago, Illinois 60602

Jamie S. Lane
SmithAmundsen
150 North Michigan Ave., Suite 3300
Chicago, Illinois 60601

The United States of America, by its attorney, Zachary T. Fardon, United States Attorney

for the Northern District of Illinois, submits this notice of removal of the above-captioned civil

action from the Circuit Court of DuPage County, Illinois, to the United States District Court,

Northern District of Illinois, pursuant to 28 U.S.C. § 1442(a), and in support states the following:

1.      Loncie Murphy filed a complaint against William Randle, Mail Transport Services LLC, et al, and three other defendants in the Circuit Court of DuPage County, Illinois, alleging tortious conduct including the negligent operation of a mail transport truck by defendant Randle, which was owned by Randle's employer, Mail Transport Services LLC.  The defendant has named the United States Postal Service, plaintiff's employer, as a third party defendant seeking contribution from the United States Postal Service.  Therefore, the third party action is against an agency of the United States government brought in state court.

2.      Copies of original complaint brought by Loncie Murphy and the third party action by William Randle, Mail Transport Services, et al. against the United States Postal Service are attached to this notice as Exhibits A and B respectively, in accordance with 28 U.S.C. § 1446(a).

3.      Pursuant to 28 U.S.C. § 1442(a), any civil action commenced against the United States or a federal agency in a state court may be removed to the district court for the district and division embracing the place where the state court action is pending.  *See also* 39 U.S.C. § 409(a)(providing removal where the Postal Service is a party).

4.      Under the derivative jurisdiction doctrine, a federal court's § 1442 removal jurisdiction is derivative of that of the state court.  *Edwards v. U.S. Dep't of Justice*, 43 F.3d 312, 316 (7th Cir. 1994); *McCarter v. John Hancock Ctr.*, No. 02 C 6121, 2002 WL 31875470, at *2 (N.D. Ill. Dec. 26, 2002).  If the state court where an action was initially filed lacked subject matter jurisdiction over the action, a federal court acquires none upon removal, even if the federal court would have had jurisdiction if the case were originally brought in federal court.  *Edwards*, 43 F.3d at 316; *McCarter*, 2002 WL 31875470, at *2.

5.      Here, the Circuit Court of DuPage County lacked jurisdiction over the tort action against the federal defendants because the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§

2

1346(b)(1), 2671–80, grants "exclusive jurisdiction" to United States district courts for such personal injury claims. Because the state court lacked jurisdiction over this personal injury claim, this federal court did not acquire subject matter jurisdiction as a result of the removal. As the court in *McCarter* stated "the doctrine of derivative jurisdiction is alive and well in the Seventh Circuit, and its application here requires that this case be dismissed for lack of subject matter jurisdiction." 2002 WL 31875470, at *2.

WHEREFORE, this action now pending in the Circuit Court of DuPage County, Illinois, is properly removed to this court pursuant to 28 U.S.C. § 1442(a).

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Daniel E. May
DANIEL E. MAY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8694
daniel.may@usdoj.gov

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL CIRCUIT COURT
DUPAGE COUNTY, WHEATON, ILLINOIS

LONCIE MURPHY, )
                              )     **2015L001168**
            Plaintiff         )
                              )
Vs.                           )
                              )
WILLIAM RANDLE, MAIL          )
TRANSPORT SERVICES LLC,       )
BJ TRUCKING CO., INC.         )
BJ TRUCKING SERVICES INC,     )
BJ TRUCKING INC               )
            Defendant         )

*Chris Kachiroubas*
e-filed in the 18th Judicial Circuit Court
●●●●●●●●● DuPage County ●●●●●●●●
TRANS# : 3729917
2015L001168
FILEDATE : 12/14/2015
Date Submitted : 12/14/2015 04:38 PM
Date Accepted : 12/15/2015 08:18 AM
MARY MANNING
STATUS 3/14/16 2016 9AM
●●●●●●●●●●●●●●●●●●●●●

## COMPLAINT AT LAW

## COUNT I

### vs. WILLIAM RANDLE & MAIL TRANSPORT SERVICES LLC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES

OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and MAIL

TRANSPORT SERVICES LLC, states as follows:

1.     That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as

agents and servant of the Defendant, MAIL TRANSPORT SERVICES LLC, owned a certain truck and

positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois,

County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.     That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing

packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.     That at said time and place the Defendant's owed Plaintiff a duty to operate and position said

truck in a safe and reasonable manner.

GOVERNMENT
EXHIBIT

A

4.     That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, MAIL TRANSPORT SERVICE LLC were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's fork lift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5.     That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, MAIL TRANSPORT SERVICES LLC were negligent and improperly did one or more of the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

   a) Failed to keep vehicle under proper control,

   b) Failed to assure that said vehicle was in the proper gear when the defendant knew or     should have known the forklift was going to be in or near said vehicle;

   c) Failed stay nearby said vehicle to assure its safety;

   d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

   e) Failed to keep a proper lookout for the Plaintiff;

   f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

   g) Was otherwise negligent

6.     That by means of the premises and as a direct and proximate result thereof, the Plaintiff, LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the future, that she has extended and will in the future expend large sums of money in endeavoring to be cured of said injuries that she lost and will in the future lose money by reason of being unable to follow her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of MAIL TRANSPORT SERVICES LLC, in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

## COUNT II

### vs. WILLIAM RANDLE & BJ TRUCKING CO. INC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ TRUCKING CO. INC., states as follows:

1.      That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as agents and servant of the Defendant, BJ TRUCKING CO. INC., owned a certain truck and positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois, County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.      That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.      That at said time and place the Defendant's owed Plaintiff a duty to operate and position said truck in a safe and reasonable manner.

4.      That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING CO. INC., were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's forklift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5.      That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING CO. INC., were negligent and improperly did one or more of

the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control,

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or should have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff ;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

g) Was otherwise negligent

6.    That by means of the premises and as a direct and proximate result thereof, the Plaintiff, LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the future, that she has extended and will in the future expend large sums of money in endeavoring to be cured of said injuries that she lost and will in the future lose money by reason of being unable to follow her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of BJ TRUCKING CO. INC., in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

## COUNT III

### vs. WILLIAM RANDLE & BJ TRUCKING SERVICES INC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW

OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ

TRUCKING SERVICES INC., states as follows:

1.      That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as

agents and servant of the Defendant, BJ TRUCKING SERVICES INC., owned a certain truck and

positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois,

County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.      That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing

packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.      That at said time and place the Defendant's owed Plaintiff a duty to operate and position said

truck in a safe and reasonable manner.

4.      That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and

employee of Defendant, BJ TRUCKING SERVICES INC. were negligent in the operation and

positioning of said truck, and as a consequence said vehicle moved while Plaintiff's forklift was placing

packages into said vehicle, causing her to sustain injuries and financial losses.

5.      That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and

employee of Defendant, BJ TRUCKING SERVICES INC. were negligent and improperly did one or

more of the following acts or omissions, which were the proximate cause, in whole or in part, of said

injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control,

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or     should

have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff ;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

g) Was otherwise negligent

6.     That by means of the premises and as a direct and proximate result thereof, the Plaintiff, LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the future, that she has extended and will in the future expend large sums of money in endeavoring to be cured of said injuries that she lost and will in the future lose money by reason of being unable to follow her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of BJ TRUCKING SERVICES INC., in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

## COUNT IV

### vs. WILLIAM RANDLE AND BJ TRUCKING INC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ TRUCKING INC., states as follows:

1.     That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as agents and servant of the Defendant, BJ TRUCKING INC., owned a certain truck and positioned it in

the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois, County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2. That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing packages into said truck when the truck abruptly moved causing the fork lift with plaintiff to fall.

3. That at said time and place the Defendant's owed Plaintiff a duty to operate and position said truck in a safe and reasonable manner.

4. That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING INC. were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's fork lift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5. That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING INC. were negligent and improperly did one or more of the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control,

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or     should have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

Document received on 2015-12-14-16.38.45.0  Document accepted on 12/15/2015 08:20:21 # 3729917/17043417757

g) Was otherwise negligent

6.      That by means of the premises and as a direct and proximate result thereof, the Plaintiff,

LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the

future, that she has extended and will in the future expend large sums of money in endeavoring to be

cured of said injuries that she lost and will in the future lose money by reason of being unable to follow

her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM

RANDLE individually and as agent and employer of BJ TRUCKING INC., in excess of FIFTY

THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

Respectfully submitted,

LAW OFFICE OF NANCY HIRSCH

BY: _____

NANCY L. HIRSCH

LAW OFFICE OF NANCY HIRSCH
111 W. Washington- Suite 1500
Chicago, IL 60602
(312) 372-6367

3/2016 6:41 AM

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL CIRCUIT COURT
DUPAGE COUNTY, WHEATON, ILLINOIS

LONCIE MURPHY,                          )          2015L001168
                                        )
                Plaintiff               )
                                        )
        Vs.                             )
                                        )
WILLIAM RANDLE, MAIL                    )
TRANSPORT SERVICES LLC,                 )
BJ TRUCKING CO., INC.                   )
BJ TRUCKING SERVICES INC,               )
BJ TRUCKING INC                         )
                Defendant               )

*Chris Kachiroubas*
e-filed in the 18th Judicial Circuit Court
DuPage County
TRANS#: 3729917
2015L001168
FILEDATE : 12/14/2015
Date Submitted : 12/14/2015 04:38 PM
Date Accepted : 12/15/2015 08:18 AM
MARY MANNING

**AFFIDAVIT OF DAMAGES**
**SUPREME COURT RULE 222**

The undersigned being first duly sworn upon oath, deposes and States that he/she is the
attorney for the plaintiff in the above titled cause of action seeking money damages or collection
of taxes and states that cause of action.

[     ]          DOES NOT EXCEED $50,000.00

[ **X** ]          DOES EXCEED $50,000.00

THE LAW OFFICE OF NANCY L. HIRSCH

BY: _____

Subscribe and sworn
To before me this
_____ day of _____, 2015

_____
Notary Public

DENNIS M. FORMAN
OFFICIAL
Notary Public
My Commission
December 08, 2017

DENNIS M. FORMAN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 08, 2017

3/3/2016 6:41 AM



*Law Office of*
*Nancy L. Hirsch*
*111 W Washington*
*Suite 1500*
*Chicago, IL 60602*

David Morse
David Morse & Associates
P.O. Box 26004
Glendale, CA 91222-6004

DMA CLAIMS SERVICES

RECEIVED

MAR 02 2016

Matter No.: 3029270 - JSL/JYE                          Atty No.: 26847

## IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT COURT
## DUPAGE COUNTY, WHEATON, ILLINOIS

| | | |
|---|---|---|
| LONCIE MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | No.: 2015L001168 |
| | ) | |
| WILLIAM RANDLE, MAIL | ) | |
| TRANSPORT SERVICES LLC, | ) | |
| BJ TRUCKING CO., INC., | ) | |
| BJ TRUCKING SERVICES INC., | ) | |
| BJ TRUCKING INC. | ) | |
| | ) | |
| Defendants. | ) | |

*Chris Kachiroubas*
e-filed in the 18th Judicial Circuit Court
********* DuPage County *********
TRANS# : 3906712
2015L001168
FILEDATE : 10/25/2016
Date Submitted : 10/25/2016 10:53 AM
Date Accepted : 10/25/2016 11:14 AM
SARAH ROSE

| | |
|---|---|
| WILLIAM RANDLE, MAIL | ) |
| TRANSPORT SERVICES LLC, | ) |
| BJ TRUCKING CO., INC., | ) |
| BJ TRUCKING SERVICES INC., | ) |
| BJ TRUCKING INC. | ) |
| | ) |
| Defendants/Third-Party Plaintiffs | ) |
| | ) |
| Vs. | ) |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
| Third-Party Defendant | ) |

## WILLIAM RANDLE, MAIL TRANSPORT SERVICES LLC, BJ TRUCKING CO. INC., BJ TRUCKING SERVICES INC, BJ TRUCKING INC. THIRD-PARTY COMPLAINT FOR CONTRIBUTION AGAINST THE UNITED STATES POSTAL SERVICE

NOW COME the Defendants/Third-Party Plaintiffs, WILLIAM RANDLE, MAIL

TRANSPORT SERVICES LLC, BJ TRUCKING CO. INC., and BJ TRUCKING SERVICES

INC, by and through their attorneys, SmithAmundsen, and for their Third-Party Complaint for

Contribution against the United States Postal Service pursuant to 28 U.S.C. § 1346, states:



GOVERNMENT
EXHIBIT
B

### Third-Party Complaint for Contribution

1.      The Plaintiff, LONCIE MURPHY, filed a Complaint at Law against the Defendants, alleging a cause of action in negligence allegedly arising from a motor vehicle accident which occurred on or about December 17, 2013. Plaintiff alleges that as a result of the accident, she was injured. **(Exhibit "A")**

2.      In their Answer to the Complaint, Defendants deny all material allegations against them as contained therein. **(Exhibit "B" and Exhibit "C")**

3.      On information and belief, at the time of the motor vehicle collision that is the subject of the Complaint, the plaintiff was an employee of the United States Postal Service and was working within her scope of employment at the time of the accident.

4.      At all times relevant, Third-Party Defendant, the United States Postal Service, owed a duty to exercise reasonable care in the screening, assessing, training, instruction, and supervision.

5.      Notwithstanding the aforementioned duty, Third-Party Defendant, the United States Postal Service, breached such duty when it committed one or more of the following negligent acts and/or omissions:

> a.  Failed to properly train, instruct, and/or supervise the plaintiff in the safe operation of her job;
>
> b.  Failed to properly train, instruct, and/or supervise the plaintiff in the safe methods of loading and/or unloading a truck;
>
> c.  Failed to properly train, instruct and/or supervise the plaintiff in the safe methods of using a powered-industrial vehicle, i.e. forklift, in the performance of her job;
>
> d.  Failed to provide the appropriate safety equipment for the performance of plaintiff's job specifically including but not limited to wheel chocks;
>
> e.  Failed to properly supervise the plaintiff;

2

    f.   Failed to provide safe loading and unloading methods;

    g.   Failed to implement a dock safety plan;

    h.   Failed to follow a dock safety plan;

    i.   Was otherwise careless and negligent.

6.    The injuries and damages alleged by Plaintiff alleged to have resulted from the occurrence were directly and proximately caused and/or contributed in part by the negligent acts and/or omissions of the Third-Party Defendant, the United States Postal Service.

7.    At the time of the subject occurrence as alleged in the Plaintiff's Complaint, there was in full force and effect in the State of Illinois certain acts entitled the Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01, *et seq.*, which applies to actions for contribution occurring on or after March 1, 1978, and which therefore applies to the instant case.

8.    If the Defendants/Third-Party Plaintiffs are found liable to Plaintiff for any alleged damages in connection with Plaintiffs' Complaint, for which the Defendants/Third-Party Plaintiffs have expressly denied liability, it will be due in whole, or substantially in part the amount attributed to the negligent acts and/or omissions of Third-Party Defendant, the United States Postal Service...

9.    If Defendants/Third-Party Plaintiffs are found to be liable to the Plaintiff in any amount whatsoever, they are entitled to contribution from the United States Postal Service for the pro rata share of fault which is allowable pursuant to statute and applicable case law.

WHEREFORE, the Defendants/Third-Party Plaintiffs, the Defendants/Third-Party Plaintiffs, WILLIAM RANDLE, MAIL TRANSPORT SERVICES LLC, BJ TRUCKING CO. INC., BJ TRUCKING SERVICES INC, respectfully request that in the event the trier of the Complaint renders a judgment against them with respect to the claims of Plaintiff this Court

enter an Order granting the Defendants/Third-Party Plaintiffs the right of contribution against Third-Party Defendant, the United States Postal Service, in an amount commensurate with the attributable fault of the United States Postal Service and for any other relief the Court deems just and equitable according to the circumstances.

Respectfully submitted,

SMITHAMUNDSEN LLC

By: /s/Jamie S. Lane_____

SmithAmundsen
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 997-1755 (fax)

4

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL CIRCUIT COURT
DUPAGE COUNTY, WHEATON, ILLINOIS

LONCIE MURPHY,                          )
                                        )
            Plaintiff                   )        2015L001168
                                        )
      Vs.                               )
                                        )
WILLIAM RANDLE, MAIL                    )
TRANSPORT SERVICES LLC,                 )
BJ TRUCKING CO., INC.                   )
BJ TRUCKING SERVICES INC,               )
BJ TRUCKING INC                         )
            Defendant                   )

Chris Kachiroubas
Clerk in the 18th Judicial Circuit Court
********* DuPage County *********
TRANS# : 3729917
2015L001168
FILEDATE: 12/14/2015-
Date Submitted : 12/14/2015 04:38 PM
Date Accepted : 12/15/2015 08:18 AM
MARY MANNING
STATUS 3/14/16 2016 9AM

## COMPLAINT AT LAW

### COUNT I

### vs. WILLIAM RANDLE & MAIL TRANSPORT SERVICES LLC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES

OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and MAIL

TRANSPORT SERVICES LLC, states as follows:

1.      That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as

agents and servant of the Defendant, MAILTRANSPORT SERVICES LLC, owned a certain truck and

positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois,

County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.      That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing

packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.      That at said time and place the Defendant's owed Plaintiff a duty to operate and position said

truck in a safe and reasonable manner.

**EXHIBIT**

_A_

3/3/2016 6:41 AM          Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3729917/1703417757

Document received on 2016-10-25-10.53.02.0 Document accepted on 10/25/2016 11:19:02 = 3906712/1703599825

4.    That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and
employee of Defendant, MAIL TRANSPORT SERVICE LLC were negligent in the operation and
positioning of said truck, and as a consequence said vehicle moved while Plaintiff's fork lift was placing
packages into said vehicle, causing her to sustain injuries and financial losses.

5.    That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and
employee of Defendant, MAIL TRANSPORT SERVICES LLC were negligent and improperly did one
or more of the following acts or omissions, which were the proximate cause, in whole or in part, of said
injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control,

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or      should
have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have
known of the same;

e) Failed to keep a proper lookout for the Plaintiff;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was
near.

g) Was otherwise negligent

6.    That by means of the premises and as a direct and proximate result thereof, the Plaintiff,
LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the
future, that she has extended and will in the future expend large sums of money in endeavoring to be
cured of said injuries that she lost and will in the future lose money by reason of being unable to follow
her usual occupation as a result of the injuries suffered.

3/3/2016 6:41 AM                    Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3725917/17043417757

Document received on 2016-10-25-10.53.02.0 Document accepted on 10 25 2016 11 19 02 # 3906712 17013599825

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of MAIL TRANSPORT SERVICES LLC, in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

## COUNT II

### vs. WILLIAM RANDLE & BJ TRUCKING CO. INC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ TRUCKING CO. INC., states as follows:

1.      That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as agents and servant of the Defendant, BJ TRUCKING CO. INC., owned a certain truck and positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois, County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.      That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.      That at said time and place the Defendant's owed Plaintiff a duty to operate and position said truck in a safe and reasonable manner.

4.      That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING CO. INC., were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's forklift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5.      That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING CO. INC., were negligent and improperly did one or more of

Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3725917/17043417757

Document received on 2016-10-25-10.53.02.0 Document accepted on 10.25.2016 11.19.02 # 3906712/17043599825

the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control,

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or should have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff ;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

g) Was otherwise negligent

6.      That by means of the premises and as a direct and proximate result thereof, the Plaintiff, LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the future, that she has extended and will in the future expend large sums of money in endeavoring to be cured of said injuries that she lost and will in the future lose money by reason of being unable to follow her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of BJ TRUCKING CO. INC., in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

## COUNT III

### vs. WILLIAM RANDLE & BJ TRUCKING SERVICES INC.

3/3/2016 6:41 AM          Document received on 2015-12-14-16.38.45.0  Document accepted on 12/15/2015 08:20:21 # 3729917/17043417757

Document received on 2016-10-25-10.53.02.0  Document accepted on 10-25-2016 11-19:02 # 3906712-17043599825

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ TRUCKING SERVICES INC., states as follows:

1.    That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as agents and servant of the Defendant, BJ TRUCKING SERVICES INC., owned a certain truck and positioned it in the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois, County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.    That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing packages into said truck when the truck abruptly moved causing the forklift with plaintiff to fall.

3.    That at said time and place the Defendant's owed Plaintiff a duty to operate and position said truck in a safe and reasonable manner.

4.    That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING SERVICES INC. were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's forklift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5.    That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING SERVICES INC. were negligent and improperly did one or more of the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

    a) Failed to keep vehicle under proper control,

    b) Failed to assure that said vehicle was in the proper gear when the defendant knew or    should have known the forklift was going to be in or near said vehicle;

    c) Failed stay nearby said vehicle to assure its safety;

Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3729917/17043417757

Document received on 2016-10-25-10 53 02 0 Document accepted on 10 25 2016 11 19 02 = 3906712/17043599825

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

g) Was otherwise negligent

6.      That by means of the premises and as a direct and proximate result thereof, the Plaintiff, LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the future, that she has extended and will in the future expend large sums of money in endeavoring to be cured of said injuries that she lost and will in the future lose money by reason of being unable to follow her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM RANDLE individually and as agent and employer of BJ TRUCKING SERVICES INC., in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of said suit.


## COUNT IV

## vs. WILLIAM RANDLE AND BJ TRUCKING INC.

NOW COMES the Plaintiff LONCIE MURPHY, by and through her attorneys LAW OFFICES OF NANCY HIRSCH, and complaining of the defendants WILLIAM RANDLE and BJ TRUCKING INC., states as follows:

1.      That on the 17th of December 2013, the Defendant, WILLIAM RANDLE individually and as agents and servant of the Defendant, BJ TRUCKING INC., owned a certain truck and positioned it in

Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3729917/17043417757

Document received on 2016-10-25-10.53.02.0 Document accepted on 10-25-2016 11-19.02 # 3906712/17043599825

the dock of the US Postal services, located at 888 Thomas Dr. Bensenville, Illinois, County of DuPage for purposes of pick up and/or delivery of packages to or from said location.

2.      That at said time and place the Plaintiff, LONCIE MURPHY was operating a forklift and placing packages into said truck when the truck abruptly moved causing the fork lift with plaintiff to fall.

3.      That at said time and place the Defendant's owed Plaintiff a duty to operate and position said truck in a safe and reasonable manner.

4.      That at said time and place the Defendant, WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING INC. were negligent in the operation and positioning of said truck, and as a consequence said vehicle moved while Plaintiff's fork lift was placing packages into said vehicle, causing her to sustain injuries and financial losses.

5.      That at said time and place the Defendant's WILLIAM RANDLE individually and as agent and employee of Defendant, BJ TRUCKING INC. were negligent and improperly did one or more of the following acts or omissions, which were the proximate cause, in whole or in part, of said injuries and financial losses suffered by the Plaintiff:

a) Failed to keep vehicle under proper control.

b) Failed to assure that said vehicle was in the proper gear when the defendant knew or     should have known the forklift was going to be in or near said vehicle;

c) Failed stay nearby said vehicle to assure its safety;

d) Failed to warn the Plaintiff of the truck's movement when the Defendant knew or should have known of the same;

e) Failed to keep a proper lookout for the Plaintiff ;

f) Failed to assure that the vehicle was stationary and would not move while the forklift was near.

Document received on 2015-12-14-16.38.45.0 Document accepted on 12/15/2015 08:20:21 # 3725917/17043417757

Document received on 2016-10-25-10 53.02.0 Document accepted on 10/25 2016 11 19 02 = 3906712 17043599825

g) Was otherwise negligent

6.     That by means of the premises and as a direct and proximate result thereof, the Plaintiff,

LONCIE MURPHY suffered injuries, pain, disfigurement, disability, and will continue to suffer in the

future, that she has extended and will in the future expend large sums of money in endeavoring to be

cured of said injuries that she lost and will in the future lose money by reason of being unable to follow

her usual occupation as a result of the injuries suffered.

WHEREFORE, Plaintiff, LONCIE MURPHY demands judgment against the WILLIAM

RANDLE individually and as agent and employer of BJ TRUCKING INC., in excess of FIFTY

THOUSAND DOLLARS ($50,000.00) plus costs of said suit.

Respectfully submitted,

LAW OFFICE OF NANCY HIRSCH

BY: _____
NANCY L. HIRSCH

LAW OFFICE OF NANCY HIRSCH
111 W. Washington- Suite 1500
Chicago, IL 60602
(312) 372-6367

3/3/2016 6:41 AM          Document received on 2015-12-14-16.38.45.0  Document accepted on 12/15/2015 08:20:21 # 3729917/17043417757

Document received on 2016-10-25-10 53 02 0  Document accepted on 10 25 2016 11 19 02 = 3906712 17013599825

IN THE CIRCUIT COURT FOR THE 18TH JUDICIAL CIRCUIT COURT
DUPAGE COUNTY, WHEATON, ILLINOIS

LONCIE MURPHY,                    )       2015L001168

            Plaintiff            )

      Vs.                         )

WILLIAM RANDLE, MAIL             )
TRANSPORT SERVICES LLC,          )
BJ TRUCKING CO., INC.            )
BJ TRUCKING SERVICES INC,        )
BJ TRUCKING INC                  )
            Defendant            )

*Chris Kachiroubas*
e-filed in the 18th Judicial Circuit Court
♦♦♦♦♦♦♦♦ DuPage County ♦♦♦♦♦♦♦♦
TRANS#: 3729917
2015L001168
FILEDATE : 12/14/2015
Date Submitted : 12/14/2015 04:38 PM
Date Accepted : 12/15/2015 08:18 AM
MARY MANNING

**AFFIDAVIT OF DAMAGES**
**SUPREME COURT RULE 222**

The undersigned being first duly sworn upon oath, deposes and States that he/she is the attorney for the plaintiff in the above titled cause of action seeking money damages or collection of taxes and states that cause of action.

[   ]       DOES NOT EXCEED $50,000.00

[ X ]       DOES EXCEED $50,000.00

THE LAW OFFICE OF NANCY L. HIRSCH

BY: _____

Subscribe and sworn
To before me this
_____ day of _____ 2015

_____
Notary Public

DENNIS M. FORMAN
OFFICIAL
Notary Public
My Commission
December 09, 2017

DENNIS M. FORMAN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 09, 2017